DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD WALDMAN**,
Appellant,

v.

**WATERVIEW TOWERS CONDOMINIUM ASSOCIATION, INC., et al.**,
Appellees.

No. 4D22-2453

[July 6, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 502019CA000648.

Joseph G. Galardi and Alaina B. Karsten of Atherton Galardi Mullen & Reeder PLLC, West Palm Beach, and Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellant.

Michael R. Levin, Joel E. Roberts, and Geraldine P. Asher of Baker & Hostetler LLP, Orlando, and Kristen H. Luck of Baker & Hostetler LLP, Houston, TX, for appellees Waterview Towers Condominium Association, Inc., Robert Monahan, Richard Sinni, and Helen Bossman.

Geralyn M. Passaro of Litchfield Cavo LLP, Fort Lauderdale, for appellees Melissa Parker and Charles Klein.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***